|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CASE NO. 1:15-CR-25 |
| § | |
| ALBERTO MAGANA-OSEGUERA § | |
| A/K/A § | |
| JOSE COLON CARABALLO § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Hawthorn conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. The magistrate judge recommended that the court accept the Defendant's guilty plea. He further recommended that the court adjudge the Defendant guilty on Counts One and Three of the Indictment filed against the Defendant.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Pleas of the United States Magistrate Judge are **ADOPTED**. The court accepts the Defendant's pleas but defers acceptance of the plea agreement until after review of the presentence report. It is further **ORDERED** that, in accordance with the Defendant's guilty pleas and the magistrate judge's findings and recommendation, the Defendant, Alberto Magana-Oseguera, a/k/a Jose Colon Caraballo, is

adjudged guilty as to Counts One and Three of the Indictment charging violations under Title 18, United States Code, Section 1015(e) (False Statement to Obtain Benefits or Employment) and Title 42, United States Code, Section 408(a)(Use of Unauthorized Social Security Number).

SIGNED at Beaumont, Texas, this 6th day of August, 2015.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE